UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:21-cv-00093

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PORTRAIT HOMES-SOUTH CAROLINA LLC, and PORTRAIT HOMES-FENWICK COMMONS, LLC, <br><br> Defendants. | **MOTION FOR DEFAULT JUDGMENT** |

Default having been entered against Defendants Portrait Homes- South Carolina LLC, and Portrait Homes-Fenwick Commons, LLC (collectively "Portrait Homes") as provided by Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Pennsylvania National Mutual Casualty Insurance Company ("Plaintiff Penn National") hereby moves the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for entry of judgment against Portrait Homes.

In support of this Motion, Plaintiff Penn National shows the Court the following:

1. That Plaintiff Penn National filed this Declaratory Judgment action against Defendants Portrait Homes- South Carolina LLC, and Portrait Homes-Fenwick Commons, LLC, on or about March 4, 2021 [DE 1 to DE 1-7];

2. The Declaratory Judgment Complaint filed by Plaintiff Penn National seeks a declaration that certain policies of insurance issued by Plaintiff Penn National to JJA Construction, Inc., and JJA Framing Company (collectively "JJA") do not provide coverage to

Portrait Homes as additional insureds for the claims asserted against Portrait Homes in the underlying construction defect action captioned *Fenwick Commons HOA, Inc., v. Portrait Homes-South Carolina LLC, Portrait Homes-Fenwick Commons, LLC, D.R. Horton, Inc., et al.*, 2018-CP-10-00330 in the Court of Common Pleas, Charleston County, South Carolina (the "Underlying Action").

3. Specifically, that Plaintiff Penn National seeks a declaratory judgment in this action that Portrait Homes is not entitled to coverage (including a defense or indemnity) in the Underlying Action under the following insurance policies issued by Plaintiff Penn National to JJA, which are collectively referred to herein as the "Penn National Policies" or "Policies":

    a. Commercial General Liability Policy No. GL9 0601617 issued to "JJA Construction, Inc.", effective from 2 March 2005 to 5 December 2006;

    b. Commercial General Liability Policy No. GL9 0601617 issued to "JJA Construction, Inc.", effective from 5 December 2006 to 5 December 2008;

    c. Commercial General Liability Policy No. GL9 0649575 issued to "JJA Framing Company," effective 9 July 2008 to 15 August 2008;

    d. Commercial General Liability Policy No. GL9 0649575 issued to "JJA Construction, Inc.", effective from 15 August 2008 to 3 November 2008, and 9 July 2009 to 21 July 2009; and

    e. Commercial General Liability Policy No. GL9 0649575 issued to "JJA Construction, Inc.", effective from 21 July 2009 to 9 July 2010.

4. That the Civil Summonses issued to all Defendants [DE 4 to DE 4-1] and Declaratory Judgment Complaint [D.E. 1 to D.E. 1-7] in the above action were served on the Defendants by pursuant to Rule 4 of the Federal Rules of Civil Procedure on 8 March 2021 [DE 5 through DE 5-2 and DE 6 through DE 6-3]; and

5. That Defendants Portrait Homes- South Carolina LLC, and Portrait Homes- Fenwick Commons, LLC, have failed to plead or otherwise respond to the Complaint for

Declaratory Judgment in this action and have not obtained an extension of time to plead or otherwise respond to the Declaratory Judgment Complaint.

6. That Entry of Default was made against Portrait Homes on 11 June 2021 [DE 9].

7. That as a result of the Entry of Default, all well-pled factual allegations contained in the Declaratory Judgment Complaint are deemed admitted.

8. That the well-pled factual allegations show that the Penn National Policies do not afford coverage to Portrait Homes as additional insureds for the claims asserted against Portrait Homes in the Underlying Action.

9. Specifically, the well-pled factual allegations show that Portrait Homes was unable to produce an executed written contract between Portrait Homes and JJA Construction, Inc., or JJA Framing Company requiring them to name Portrait Homes as additional insureds under the Penn National Policies.

10. Plaintiff Penn National is entitled to judgment as a matter of law on all claims.

The reasons this Court should grant this Motion are more specifically set forth in Plaintiff Penn National's Memorandum of Law in Support of Plaintiff's Motion for Default Judgment filed contemporaneously herewith.

WHEREFORE, Plaintiff Penn National respectfully requests the Court to enter judgment against Portrait Homes pursuant to Rule 55(b) of the Federal Rules of Civil Procedure on all claims and declare that: (a) the Penn National Policies do not afford coverage to Portrait Homes as additional insureds for the claims which are the subject of the Underlying Action, (b) Plaintiff Penn National is not required to defend Portrait Homes in the Underlying Action, and (c) Plaintiff Penn National is not obligated in any way to pay any damages that may be awarded against Portrait Homes in the Underlying Construction Defect Litigation.

This the 7th day of October, 2021.

                GOLDBERG SEGALLA LLP

                /s/ John I. Malone, Jr.
                John I. Malone, Jr.
                N.C. State Bar No. 22180
                701 Green Valley Road, Suite 310
                Greensboro, NC 27408
                Phone:        336-419-4900
                Facsimile:    336-419-4950
                jmalone@goldbergsegalla.com

                *Attorney for Plaintiff Pennsylvania National Mutual Casualty Insurance Company*

4

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF).

I further certify that on this date, a copy of the foregoing document was placed in the United States mail, postage prepaid, addressed as follows:

>Portrait Homes- South Carolina LLC
>c/o Bruno A. Pasquinelli, Registered Agent
>6800 N. Frontage Road, Suite 100
>Willowbrook, IL 60527


>Portrait Homes-Fenwick Commons, LLC
>c/o Bruno A. Pasquinelli, Registered Agent
>535 Plainfield Rd., Suite B
>Willowbrook, IL 60527

This the 7th day of October, 2021.

>GOLDBERG SEGALLA LLP
>
>/s/ John I. Malone, Jr.
>John I. Malone, Jr.
>N.C. State Bar No. 22180
>701 Green Valley Road, Suite 310
>Greensboro, NC  27408
>Phone:	336-419-4900
>Facsimile:	336-419-4950
>Email: jmalone@goldbergsegalla.com
>
>*Attorney for Plaintiff Pennsylvania National Mutual Casualty Insurance Company*